

**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 4:17:12 PM
CHRISTOPHER A. PRINE
Clerk

July 14, 2015

Christopher Prine Clerk
14th Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: The State of Texas vs. Lewin E Beard**
**CASE NUMBER: 12-CR-1192**
**212th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **14th COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 06/18/15 (Judgment Adjudicating Guilt)**
> **Notice of Appeal: 06/18/2015**
> **Motion for New Trial: N/A**
> **Offense Convicted of: ASSAULT INT/RECK BREATH/CIRC FAM MEM PREV CONV**
> **Judgment and Sentence: Seventeen (17) Years Institutional Division TDCJ**
> **Trial Judge: Patricia Grady**
> **Court Reporter: Leslie Kesterson**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Terrie Kahla

12-CR-1192
DCAPALCA
Appeal - Assignment Letter to the Court of Ap
1066115

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

1

CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Diane D. Clark, Attorney for Appellant
3027 Marina Bay Drive
Suite 108
League City TX  77573-0000

CC: Leslie Kesterson, Court Reporter
3433 Cove View Blvd Apt 2222
Galveston, TX 77554

CAUSE NUMBER _12CR 1192_

THE STATE OF TEXAS

IN THE DISTRICT COURT OF

2015 JUN 18 PM 5:02

DISTRICT CLERK

VS.

_Lewin E. Bland_

GALVESTON COUNTY, TEXAS

_212TH_ JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this _18th_ day of _June_, _2015_ the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_Judgment Adjudicating Guilt_

12-CR-1192
DCAF
Appeal – Notice
1054543

_____
Defendant

Or

_____
Attorney
State BarNo._____

## The Following to be Completed by Clerk:

Date of Judgment or other Order Appealed from: _6/18/15_
Name of Trial Court Judge: _Patricia Grady_
Name of Court Reporter: _Leslie Kesterson_
Name of Attorney on Appeal: _____ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated? Yes _✓_ No _____
Offense Convicted of: _Assault Causes Bodily Injury-Family Violence by Strangulation w/ Previous conviction_
Punishment Assessed: _17 years TDCJ_
Who Assessed Punishment? Trial Court _____ Jury _✓_
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable: _____
Defendant on Appeal Bond? Yes _____ No _✓_

3